

**SARAH LOUCKS**
DISTRICT CLERK
PHONE (512) 332-7244
FAX (512) 332-7249

804 Pecan Street
PO Box 770
Bastrop, TX  78602

### Bastrop County District Clerk

August 20, 2015

COURT OF APPEALS
THIRD DISTRICT OF TEXAS
P.O. BOX 12547
AUSTIN, TEXAS 78711-2547

    *Re: Court of Appeals No. 03-15-00391-CV; Trial Court No. 15-17165*
    *Style: VRM v. Edward Heard, et al.*

Dear Sir or Madam:

    I have spoken with the Appellant's attorney for the above styled cause of action. He has expressed to me that he has lost contact with his client for the time being, therefore would be unable to pay our fee for the Clerk's Record.

    I would like to request a 30 day extension for filing my record. This would give the Appellant time to contact us with payment.

    Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact me.

Best,
/s/ Katy Nyc
**Katy Nyc**
Deputy Clerk
Bastrop County District Clerk's Office
804 Pecan Street/Po Box 770
Bastrop, TX  78602
(512) 581-4027
Katy.nyc@co.bastrop.tx.us